UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ALBARO ACEVEDO,

                             Plaintiff,                               **ORDER**

                  -against-                               **23-cv-4460 (JMF) (JW)**

E&M LOGISTICS STAFFING INC.,

                             Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This matter has been referred for settlement. Dkt. No. 7. Should the parties wish to schedule a settlement conference, the Parties are directed to contact Courtroom Deputy Christopher Davis via email by June 15, 2023 at [WillisNYSDChambers@nysd.uscourts.gov](mailto:WillisNYSDChambers@nysd.uscourts.gov) to provide three mutually agreeable dates in July and August. Any conference will be held in-person at Courtroom 228, 40 Foley Square, New York, New York. Should the Parties not wish to schedule a settlement conference at this time, they should inform the Court via email by the same deadline.

      Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with Judge Willis's [Standing Order for All Cases Referred for Settlement](#).

SO ORDERED.

DATED:    New York, New York
                June 1, 2023

                                                     *Jennifer E. Willis*
                                                     JENNIFER E. WILLIS
                                                     United States Magistrate Judge