```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
ALBARO ACEVEDO,                                                      :
                            Plaintiff,                               :
                                                                     :           23-CV-4460 (JMF)
           -v-                                                       :
                                                                     :                ORDER
E&M LOGISTICS STAFFING, INC.,                                        :
                                                                     :
                            Defendant.                               :
                                                                     :
---------------------------------------------------------------------X
```

JESSE M. FURMAN, District Judge:

On November 13, 2023, the Court issued an order directing the parties to submit letters explaining the basis for their proposed settlement of this case, which includes a claim under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.* ECF No. 26. On November 27, 2023, the parties submitted a joint letter requesting approval of the settlement and submitted the settlement itself to the Court for its approval. ECF No. 27. Among other things, the settlement agreement provides for payment of the plaintiff's attorney's fees.

Before approving or rejecting the proposed settlement, the Court requires additional information with respect to the award of attorney's fees. Applications for attorney's fees are "normally . . . disallowed unless accompanied by contemporaneous time records indicating, for each attorney, the date, the hours expended, and the nature of the work done." *Fisher v. SD Prot. Inc.*, 948 F.3d 593, 600 (2d Cir. 2020); *see also Rubio v. BSDB Mgmt., Inc.*, 548 F. Supp. 3d 362, 367 (S.D.N.Y. 2021); *Sakiko Fujiwara v. Sushi Yasuda Ltd.*, 58 F. Supp. 3d 424, 436 (S.D.N.Y. 2014). To that end, plaintiff's counsel is directed to submit for the Court's review his contemporaneous time records **on or before December 1, 2023**.

SO ORDERED.

Dated: November 28, 2023
       New York, New York

_____
JESSE M. FURMAN
United States District Judge